# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 17, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

155196(59)

MICHIGAN GUN OWNERS, INC., and
ULYSSES WONG,
      Plaintiffs-Appellants,

v

ANN ARBOR PUBLIC SCHOOLS and
JEANICE K. SWIFT,
      Defendants-Appellees.

_____/

SC: 155196
COA: 329632
Washtenaw CC: 15-000427-CZ

On order of the Chief Justice, the motion of the Michigan Association of School Boards to file an amicus curiae brief is GRANTED. The amicus brief submitted on March 10, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 17, 2017



Clerk